**BRYAN S. WESTERFELD (S.B.# 218253)**
bwesterfeld@walravenlaw.com
**JESSICA B. HARDY (S.B.# 246377)**
jbh@walravenlaw.com
**NICOLE E. WURSCHER (S.B.# 245879)**
new@walravenlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Telephone: (949) 215-1990
Fax: (949) 215-1999

Attorneys for Defendant
UnitedHealthcare Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, EMSURGCARE, and EMERGENCY SURGICAL ASSISTANT,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE CO., DOES 1-10, inclusive,<br>　　　　　　Defendants. | Case No. 2:23-cv-01533-KK-SK<br><br>**DEFENDANT UNITEDHEALTHCARE INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR JUDGMENT (UNDER FED. R. CIV. P. 52) ON THE ADMINISTRATIVE RECORD**<br><br>[*Filed concurrently with Memorandum of Point and Authorities in support; Proposed Order*]<br><br>Date:　　5/23/2024<br>Time:　　9:30 A.M.<br>Location: Courtroom 3<br>　　　　3470 12th Street<br>　　　　Riverside, CA 92501 |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 23, 2024 at 9:30 a.m., or as soon thereafter as this matter may be heard before the Honorable Kenly Kiya Kato of the above-entitled Court, located at the George E. Brown, Jr. United States Courthouse, 3470 12th Street, 3rd Floor, Courtroom 3, Riverside, CA 92501, Defendant UnitedHealthcare Insurance Company ("United") will and hereby does move the Court for judgment on the administrative record pursuant to Fed. R. Civ. P. 52 for the claim for benefits under 29 U.S.C. § 1132(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA").

United has filed this Motion in accordance with the Court's Order re Rule 52 Briefing Schedule. (Dkt. No. 52.) This Motion is based upon this Notice of Motion for Judgment on the Administrative Record; the Memorandum of Points and Authorities in support of United's Motion for Judgment, filed and served concurrently herewith; all records on file with the Court relating to this matter, including the administrative record filed and served concurrently herewith; any and all oral arguments; and such other matters as may be presented to the Court at or before the hearing of this Motion.

United respectfully requests the Court find judgment in its favor.

United reserves the right to seek fees and costs under ERISA § 502(g)(1).

Dated: April 12, 2024

**WALRAVEN & WESTERFELD LLP**

By: _____
**Bryan S. Westerfeld**
Attorneys for Defendant
UnitedHealthcare Insurance Company

**Proof of Service**

STATE OF CALIFORNIA )
) ss
COUNTY OF ORANGE )

      I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 20 Enterprise, Suite 310, Aliso Viejo, CA 92656.

      On April 12, 2024, I served the foregoing document(s) described as

1. **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**
2. **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**
3. **PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

on all interested parties in this action as follows (or as on the attached service list):

Jonathan A. Stieglitz  
The Law Offices of Jonathan A. Stieglitz  
11845 W. Olympic Blvd., Suite 800  
Los Angeles, Ca 90064  
Tel: (323) 979-2063  
Fax: (323) 488-6748  

jonathan.a.stieglitz@gmail.com  
jonathan@stieglitzlaw.com  
admin@stieglitzlaw.com  

☒   BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the *CM/ECF* system. Participants in the case who are registered *CM/ECF* users will be served by the *CM/ECF* system. Participants in the case who are not registered *CM/ECF* users will be served by mail or by other means permitted by the court rules.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on April 12, 2024, at Aliso Viejo, California.

*Sarah Walraven*
_____
Sarah Walraven

2:23-CV-01533-KK-SK
Proof of Service Defendant's Notice of Motion and Motion for Judgment on the Administrative Record