**BRYAN S. WESTERFELD (S.B.# 218253)**
bwesterfeld@walravenlaw.com
**JESSICA B. HARDY (S.B.# 246377)**
jbh@walravenlaw.com
**NICOLE E. WURSCHER (S.B.# 245879)**
new@walravenlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Telephone: (949) 215-1990
Fax: (949) 215-1999

Attorneys for Defendant
UnitedHealthcare Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, EMSURGCARE, and EMERGENCY SURGICAL ASSISTANT,<br><br>                Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE CO., DOES 1-10, inclusive,<br>                Defendants. | Case No. 2:23-cv-01533-KK-SK<br><br>**PROOF OF SERVICE OF APPLICATION TO FILE UNDER SEAL AND SEALED DECLARATION**<br><br>**FILED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>First Amended Complaint Filed: June 13, 2023 |

**Proof of Service**

STATE OF CALIFORNIA  )
) ss
COUNTY OF ORANGE  )

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 20 Enterprise, Suite 310, Aliso Viejo, CA 92656.

On April 12, 2024, I served the foregoing document(s) described as

1. **CORRECTED APPLICATION TO FILE UNDER SEAL**
2. **CORRECTED SEALED DECLARATION IN SUPPORT OF APPLICATION**
3. **UNREDACTED DOCUMENT – ADMINISTRATIVE RECORD**
4. **UNREDATCTED DOCUMENT – CORRECTED MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT**

on all interested parties in this action as follows (or as on the attached service list):

Jonathan A. Stieglitz  jonathan.a.stieglitz@gmail.com
The Law Offices of Jonathan A. Stieglitz  jonathan@stieglitzlaw.com
11845 W. Olympic Blvd., Suite 800  admin@stieglitzlaw.com
Los Angeles, Ca 90064
Tel: (323) 979-2063
Fax: (323) 488-6748

addressed to the office of the addressee(s) listed above or on attached sheet.

☒ (VIA E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 12, 2024, at Aliso Viejo, California.

*Sarah Walraven*
Sarah Walraven