# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>KARL STORZ ENDOSCOPY–AMERICA, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–01533–KK–SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __4/12/2024__

Document No.: __60__

Title of Document:  __MOTION FOR JUDGMENT (UNDER FED. R. CIV. P. 52) ON THE ADMINISTRATIVE RECORD__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 15, 2024__     By:  __/s/ *Alison Bandek  alison_bandek@cacd.uscourts.gov*__
                                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**