## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Daniel Torres, et al.,

PLAINTIFF(S)

v.

United Healthcare Insurance Co., et al.,

DEFENDANT(S).

CASE NUMBER:

2:23-cv-01533-KK-SK

## ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 4/12/2024 | / | 61 | / | Application to File Under Seal |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| 4/12/2024 | / | 62 | / | Sealed Declaration in Support of Application |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other:  Defendant having filed a Corrected Application and Sealed Declaration, dkts. 66-67, the previously filed Application and Sealed Declaration, dkts. 61-62, are hereby STRICKEN as duplicative.

Dated: 4/15/24

By: _____
U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-106 (6/12)                ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)