UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-1533-KK-SKx | Date: | April 15, 2024 |
|---|---|---|---|
| Title: | *Daniel Torres, et al. v. United Healthcare Insurance Co., et al.* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Regarding the Court's Mandatory Alternative Dispute Resolution Requirement

On September 11, 2023, pursuant to Local Rule 16-15, the Court issued an Order referring the parties in this matter to participate in mandatory Alternative Dispute Resolution ("ADR") Procedure No. 1, a settlement conference before the assigned Magistrate Judge. Dkt. 42. The parties were ordered to complete ADR no later than March 29, 2024,[1] and file a joint report regarding the progress of the settlement discussions no later than seven days after the ADR proceeding. Id.

To date, the parties have not filed a joint report as required by the Court's September 11, 2023 Order and it is, therefore, unclear whether the parties have complied with the Court's Order.

In light of the procedural posture of this matter, the parties shall meet and confer regarding whether participation in an ADR proceeding would be productive. In addition, **no later than April 19, 2024**, the parties shall file a Joint Status Report setting forth:

(1) the parties' position(s) as to whether participation in an ADR proceeding would be productive; and

///

---

[1] While the Court's Order identifies "March 29, 2023" as the ADR deadline, this appears to be a typographical error, as such date had already passed at the time the Order was issued.

    (2)    if applicable, the parties' requested ADR procedure.[2]

**IT IS SO ORDERED.**

---

[2] The Court generally does not set settlement conferences before a Magistrate Judge. If the parties request a settlement conference before a Magistrate Judge, they should provide a detailed explanation of why they believe such a settlement conference would be productive and why a private mediator or a mediator from the Court Mediation Panel would not be effective.