**LAW OFFICES OF JONATHAN A. STIEGLITZ**
Jonathan A. Stieglitz
jonathanstieglitz@gmail.com
11845 W. Olympic Blvd., Ste. 800
Los Angeles, CA 90064
Tel: (323) 979-2063
Fax: (323) 488-6478

Attorneys for Plaintiff
Daniel Torres

**BRYAN S. WESTERFELD (S.B.# 218253)**
bwesterfeld@walravenlaw.com
**JESSICA B. HARDY (S.B.# 246377)**
jbh@walravenlaw.com
**NICOLE E. WURSCHER (S.B.# 245879)**
new@walravenlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Telephone:  (949) 215-1990
Fax:  (949) 215-1999

Attorneys for Defendant
UnitedHealthcare Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, EMSURGCARE, and EMERGENCY SURGICAL ASSISTANT,<br><br>Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE CO., DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01533-KK-SK<br><br>**JOINT STATUS REPORT RE: ADR**<br><br>First Amended Complaint Filed: June 13, 2023 |

**TO THIS HONORABLE COURT:**

Plaintiff Daniel Torres ("Plaintiff") and Defendant UnitedHealthcare Insurance Company ("Defendant") by and through their respective counsel of record, hereby provide the following Status Report regarding the Court's Mandatory Alternative Dispute Resolution Requirement pursuant to the Court's Order of April 16, 2024 (Docket No. 72).

The parties participated in a private mediation on March 29, 2024, with mediator Robert Amador. Mediation was unsuccessful. No further facilitated discussions are expected or scheduled.

Dated: April 18, 2024

**LAW OFFICES OF JONATHAN A. STIEGLITZ**

By:  /s/ Jonathan A. Stieglitz
**Jonathan A. Stieglitz**
Attorneys for Plaintiff
Daniel Torres

Dated: April 18, 2024

**WALRAVEN & WESTERFELD LLP**

By:  /s/ Nicole E. Wurscher
**Nicole E. Wurscher**
Attorneys for Defendant
UnitedHealthcare Insurance Company

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Jonathan A. Stieglitz, counsel for Plaintiff, and I have obtained his authorization to affix his electronic signature to this document.

# Proof of Service

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 20 Enterprise, Suite 310, Aliso Viejo, CA 92656.

On April 18, 2024, I served the foregoing document(s) described as

## JOINT STATUS REPORT RE: ADR

on all interested parties in this action as follows (or as on the attached service list):

| | |
|---|---|
| Jonathan A. Stieglitz<br>The Law Offices of Jonathan A. Stieglitz<br>11845 W. Olympic Blvd., Suite 800<br>Los Angeles, Ca 90064<br>Tel: (323) 979-2063<br>Fax: (323) 488-6748 | jonathan.a.stieglitz@gmail.com<br>jonathan@stieglitzlaw.com<br>admin@stieglitzlaw.com |

☒  BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the *CM/ECF* system. Participants in the case who are registered *CM/ECF* users will be served by the *CM/ECF* system. Participants in the case who are not registered *CM/ECF* users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 18, 2024, at Aliso Viejo, California.

/s/ Nicole E. Wurscher
Nicole E. Wurscher