**LAW OFFICES OF JONATHAN A. STIEGLITZ**
**Jonathan A. Stieglitz**
jonathanstieglitz@gmail.com
11845 W. Olympic Blvd., Ste. 800
Los Angeles, CA 90064
Tel: (323) 979-2063
Fax: (323) 488-6478

Attorneys for Plaintiff
Daniel Torres

**BRYAN S. WESTERFELD (S.B.# 218253)**
**bwesterfeld@walravenlaw.com**
**JESSICA B. HARDY (S.B.# 246377)**
**jbh@walravenlaw.com**
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Telephone: (949) 215-1990
Fax: (949) 215-1999

Attorneys for Defendant
UnitedHealthcare Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, EMSURGCARE, and EMERGENCY SURGICAL ASSISTANT,<br><br>Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE CO., DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01533-KK-SK<br><br>**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR JUDGMENT UNDER FED. R. CIV. PRO. 52**<br><br>First Amended Complaint Filed: June 13, 2023 |

**TO THIS HONORABLE COURT:**

Plaintiff Daniel Torres ("Plaintiff") and Defendant UnitedHealthcare Insurance Company ("Defendant") by and through their respective counsel of record, hereby stipulate, agree, and request as follows:

WHEREAS on March 7, 2024, the Court issued an order scheduling cross motions for judgment under Rule 52 (Dkt. 52);

WHEREAS the time to file the Parties' opening briefs was scheduled for April 12, 2024 and the time to file the Parties' response briefs was scheduled for May 3, 2024;

WHEREAS the Parties filed their opening briefs on April 12, 2024;

WHEREAS the Parties response briefs are currently due to be filed May 3, 2024;

WHEREAS Plaintiff's sole counsel had a death in the family which requires him to attend a funeral and travel from California to New Jersey and back to California between May 1, 2024 and May 3, 2024;

WHEREAS Plaintiff has requested and Defendant has agreed to extend the date for filing the response briefs until May 10, 2024 to allow Plaintiff's sole counsel to attend the funeral;

WHEREAS the Parties agree that the date for filing response brief may be continued until May 10, 2024 to accommodate Plaintiff's counsel and ask that the Court provide such an accommodation.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 1, 2024 | **LAW OFFICES OF JONATHAN A. STIEGLITZ** |
| | By: /s/ Jonathan A. Stieglitz |
| | **Jonathan A. Stieglitz** |
| | Attorneys for Plaintiff Daniel Torres |
| Dated: May 1, 2024 | **WALRAVEN & WESTERFELD LLP** |
| | By: /s/ Bryan S. Westerfeld |
| | **Bryan S. Westerfeld** |
| | Attorneys for Defendant UnitedHealthcare Insurance Company |