**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL TORRES, EMSURGCARE, and EMERGENCY SURGICAL ASSISTANT,<br><br>　　　　　Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE CO., DOES 1-10, inclusive,<br><br>　　　　　Defendants | Case No.: 2:23-cv-01533-KK-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR JUDGMENT UNDER FED. R. CIV. PRO. 52** |

1
2
3                        **[PROPOSED] ORDER**
4      Having considered the Parties Stipulation to amend the briefing schedule on
5  the Parties Rule 52 briefs,
6      It is **HEREBY ORDERED** as follows:
7      1.     The Parties' response briefs will be due on May 10, 2024.
8
9      **IT IS SO ORDERED.**
10  DATED:                      _____
11                              HON. JUDGE Kenly Kiya Kato
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

[Proposed] Order On Stipulation Amend Briefing Schedule