# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| DANIEL TORRES, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>KARL STORZ ENDOSCOPY–AMERICA, INC., et al.<br><br>Defendant(s). | 2:23–cv–01533–KK–SK<br><br>NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __5/1/2024__

Document No.:  __75__

Title of Document:  __JOINT STIPULATION TO AMEND BRIEFING SCHEDULE__

**ERROR(S) WITH DOCUMENT:**

Caption shall indicate how many previous extensions requested. See Judge Kato's Standing Order.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _May 2, 2024_          By:  _/s/ Alison Bandek  alison_bandek@cacd.uscourts.gov_
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**