# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, EMSURGCARE, and EMERGENCY SURGICAL ASSISTANT,<br><br>　　　　　Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE CO., DOES 1-10, inclusive,<br><br>　　　　　Defendants | Case No.: 2:23-cv-01533-KK-SK<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO AMEND BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR JUDGMENT UNDER FED. R. CIV. PRO. 52 |

### [PROPOSED] ORDER

Having considered the Parties' Stipulation to amend the briefing schedule on the Parties' Rule 52 briefs,

It is **HEREBY ORDERED** as follows:

1. The Parties' response briefs will be due on May 10, 2024.

**IT IS SO ORDERED.**

DATED: May 2, 2024

_____
Honorable Kenly Kiya Kato
United States District Court Judge