# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, EMSURGCARE, and EMERGENCY SURGICAL ASSISTANT,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE CO., DOES 1-10, inclusive,<br>　　　　　　Defendants. | Case No. 2:23-cv-01533-KK-SK<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>*[Defendant's Application for Leave to File Under Seal; Declaration of Bryan Westerfeld in Support of Defendant's Application for Leave to File Under Seal; filed concurrently]* |

Pursuant to Local Rule 79-5.2.2, Defendant UnitedHealthcare Insurance Company ("Defendant") has applied for leave to file under seal certain portions of the Administrative Record and Defendant UnitedHealthcare Insurance Company's Memorandum of Points and Authorities in Support of Notice of Motion and Motion for Judgment (the "Brief"). As established in Defendant's application, the supporting Declaration of Bryan Westerfeld, and in the documents that are the subject of Defendant's application, good cause and compelling reasons exist to protect these documents from public disclosure.

IT IS HEREBY ORDERED that Defendant's application for leave to file documents under seal is GRANTED.

Defendant shall prepare and file under seal an unredacted version of the portions of the Administrative Record bates labeled for identification as UHIC_0000172-0000277; UHIC_0000280-0000329; UHIC_0000332-0000342; UHIC_0000356-0000424; UHIC_0000428-0000432 and UHIC_0000543-0000558 and the Brief.

Dated: June 28, 2024

By: _____

The Honorable Kenly Kiya Kato
United States District Court Judge