JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, ET AL., | Case No. CV 23-1533-KK-SKx |
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED HEALTHCARE INSURANCE CO., ET AL., | |
| Defendant. | |

Pursuant to the Order Denying Plaintiff's Motion for Judgment and Granting Defendant's Motion for Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant United Healthcare Insurance Co. Plaintiff's First Amended Complaint against Defendant is hereby DISMISSED with prejudice. (JS-6)

Dated: June 28, 2024

HONORABLE KENLY KIYA KATO
United States District Judge