Name: Jonathan A. Stieglitz
Address: 11845 W. Olympic Blvd., Suite 800
City, State, Zip: Los Angeles, CA 90064
Phone: (323) 979-2063
Fax: (323) 488-6748
E-Mail: jonathan@stieglitzlaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Daniel Torres

PLAINTIFF(S),

v.

United Healthcare Insurance Co., and DOES 1-10

DEFENDANT(S).

CASE NUMBER:

2:23-cv-01533-KK-SKx

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Daniel Torres_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   On the Administrative Record

☐ Other (specify):

Imposed or Filed on __June 28, 2024__. Entered on the docket in this action on __June 28, 2024__.

A copy of said judgment or order is attached hereto.

July 21, 2024                          /s/ Jonathan A. Stieglitz
Date                                    Signature
                                        ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
        attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number
        of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                              **NOTICE OF APPEAL**

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, ET AL., | Case No. CV 23-1533-KK-SKx |
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED HEALTHCARE INSURANCE CO., ET AL., | |
| Defendant. | |

Pursuant to the Order Denying Plaintiff's Motion for Judgment and Granting Defendant's Motion for Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant United Healthcare Insurance Co. Plaintiff's First Amended Complaint against Defendant is hereby DISMISSED with prejudice. (JS-6)

Dated: June 28, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge